DECIDED MARCH 13, 1924.

Trover; from Newton superior court—Judge Hutcheson.  May 31, 1923.

*A. D. Meador,* for plaintiff.  *King & Johnson,* for defendant.

---

### 14860.   KING *v.* HOLT.

JENKINS, P. J.  In a vendee's action for deceit on account of false and fraudulent representations of the vendor, it is necessary to allege and prove that the statements made by the vendor were false and fraudulent, that he knew they were such, and that the plaintiff relied upon them in entering upon the contract of purchase and sale, and was damaged. *Brooke* v. *Cole,* 108 *Ga.* 251, 252 (33 S. E. 849); *Waldon* v. *Stokes,* 23 *Ga. App.* 428 (98 S. E. 367).  In the instant case the plaintiff failed to sustain her case as laid; and while the proper course would have been to grant the motion to award a nonsuit upon the close of the plaintiff's case, yet as the evidence introduced for the defendant did not cure the deficiency in the plaintiff's testimony, the subsequent grant of a nonsuit will be sustained. *Burkhalter* v. *Lanier,* 29 *Ga. App.* 416 (115 S. E. 920).

*Judgment affirmed.  Stephens and Bell, JJ., concur.*

DECIDED MARCH 13, 1924.

Action for deceit; from DeKalb superior court—Judge Hutcheson.  June 6, 1923.

*Carl B. Copeland, G. N. Bynum,* for plaintiff.

*Napier, Wright & Wood,* for defendant.